```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JOSE CONCEPCION,                                                 :
                                                                 :
                              Plaintiff,                         :
                                                                 :   22 Civ. 7959 (JPC) (JLC)
                -v-                                              :
                                                                 :        ORDER
3RD AVENUE HEIGHTS LLC et al.,                                   :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Pursuant to the Case Management Plan entered by the Court on February 22, 2023, discovery closed in this case on September 5, 2023, and the parties were required to submit a status letter by September 12, 2023. Dkt. 21. As the parties failed to do so, the parties are ordered to submit a joint status letter by October 11, 2023, containing the information required under the Case Management Plan. *Id.* ¶ 18.

SO ORDERED.

Dated: October 6, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge