```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSE CONCEPCION,                                                       :
                                                                       :
                                   Plaintiff,                          :
                                                                       :          22 Civ. 7959 (JPC) (JLC)
                -v-                                                    :
                                                                       :                  ORDER
3RD AVENUE HEIGHTS LLC et al.,                                         :
                                                                       :
                                   Defendants.                         :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties shall appear for a telephonic conference on April 4, 2024, at 3:00 p.m. to discuss the parties' revised proposed settlement agreement. *See* Dkt. 48. At the scheduled time, the parties should call (866) 434-5269, access code 91762621. The parties should be prepared to discuss whether the scope of the release in the proposed settlement agreement is appropriate. *See Lopez v. Nights of Cabiria, LLC*, 96 F. Supp. 3d 170, 181 (S.D.N.Y. 2015) ("In this circuit, for example, class action releases may include claims not presented and even those which could not have been presented, but only when the released conduct arises out of the identical factual predicate as the settled conduct." (internal quotation marks omitted)).

SO ORDERED.

Dated: March 26, 2024                                    _____
       New York, New York                                         JOHN P. CRONAN
                                                               United States District Judge