**HARLOW LAW, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
85 BROAD ST., 17th FL -- WeWork
NEW YORK, NY 10004
718-569-7423
Fax No: 845-510-2219
E-mail: jordan@harlow-law.com

*Jordan F. Harlow*
    Partner

April 4, 2024

*Via ECF and Email (CronanNYSDChambers@nysd.uscourts.gov)*
Honorable John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    Concepcion v. 3rd Avenue Heights, et al.
              1:22-cv-07959-JPC

Dear Judge Cronan:

    This firm represents Plaintiff Jose Concepcion, who is asserting claims under the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL") in the above-referenced matter. On March 1, 2024, the parties submitted a joint motion for settlement approval. Annexed to the motion was a proposed Settlement Agreement. On March 14, 2024, the Court issued an Order that the parties submit a joint letter addressing several issues pertaining to the proposed Settlement Agreement. On March 26, 2024, the Court ordered the parties to appear for a telephonic conference on April 4, 2024, to discuss the parties' revised proposed settlement agreement. During the April 4 conference, certain discussions were held regarding the release language contained in Paragraph 6 of the Stipulation of Settlement. Following the April 4, 2024 conference, we are submitting this letter jointly on behalf of both Plaintiff and Defendants in further support of the parties' previous joint motion for settlement approval and incorporating revisions to Paragraph 6 of the Stipulation of Settlement, annexed as Exhibit A.

    The parties respectfully request that the Court grant the parties' joint motion for settlement approval and order the parties to execute the revised Stipulation of Settlement, annexed as Exhibit A, by April 15, 2024. We thank you for your attention and consideration.

Respectfully submitted,

/s/
Jordan Harlow, Esq.

Enc.
CC: All Counsel (via ECF)