

**BORAH GOLDSTEIN**
ALTSCHULER NAHINS & GOIDEL, P.C.

April 17, 2023

**Mark Krassner**
*Partner*
Email: MKrassner@borahgoldstein.com
O: (212) 431-1300, Ext. 208
F: (212) 965-2655

Via ECF

United States District Court
500 Pearl Street
New York, NY 10007

Attn: Hon. John P. Cronan

Re:   Concepcion v. 3rd Avenue Heights LLC, et al
       Docket No.: 22-cv-01195
       Our File No: S08214

Dear Judge Cronan:

   I am the attorney for Defendants. I am writing in response to the letter of Plaintiff's attorney, Jordan Harlow, dated April 15, 2024. Late last night I sent to Mr. Harlow a fully executed Stipulation of Settlement. My client informs me that the delay in executing the Stipulation was due to oversight and not intended to delay this matter. He asked that I convey his apologies to the Court and to Mr. Harlow for any inconvenience.

   Thank you for your consideration.

Respectfully,

Mark Krassner

c. Jordan F. Harlow, Esq. – via ECF

*Manhattan Office* | 377 Broadway • New York, New York • 10013 • T: (212) 431-1300 • F: (212) 334-0960 • **delivery of all papers (Manhattan Only)**
*Queens Office* | 108-18 Queens Boulevard • Forest Hills, New York • 11375 • T: (718) 263-6611 • F: (718) 263-8272
www.borahgoldstein.com