```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSE CONCEPCION,                                                       :
                                                                       :
                                Plaintiff,                             :
                                                                       :         22 Civ. 7959 (JPC) (JLC)
                -v-                                                    :
                                                                       :                ORDER
3RD AVENUE HEIGHTS LLC et al.,                                         :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties are directed to appear for a telephonic conference on December 2, 2024, at 2:00 p.m. to discuss next steps in this case. At the scheduled time, the parties should call (866) 434-5269, access code 91762621.

SO ORDERED.

Dated: November 12, 2024
      New York, New York

                                         JOHN P. CRONAN
                                 United States District Judge