UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE CONCEPCION,

                Plaintiff,

                -against-

3RD AVENUE HEIGHTS LLC, EVAN ROBERTS COMPANY, FORDHAM 26 LLC, WEBSTER LLC, and ROBERT KHOMARI,

                Defendants.

Case No. 22-CV-07959-JPC

PROPOSED JUDGMENT

WHEREAS, the parties entered into a Stipulation of Settlement on April 4, 2024, which was intended to resolve the disputes between them in the above-captioned matter and subsequently approved by the Court on April 17, 2024;

WHEREAS, the Court retained jurisdiction to enforce the terms of the Stipulation of Settlement;

WHEREAS, Defendants have failed to comply with the terms of the Stipulation of Settlement by failing to make payments as stated in the Stipulation of Settlement;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment is entered in favor of Jose Concepcion and against Defendants 3rd Avenue Heights LLC, Evan Roberts Company, Fordham 26 LLC, Webster LLC, and Robert Khomari, in the amount of $40,000, representing the amount remaining of unpaid settlement funds.

2. Defendants 3rd Avenue Heights LLC, Evan Roberts Company, Fordham 26 LLC, Webster LLC, and Robert Khomari shall pay post-judgment interest on the above amount at the

    statutory rate pursuant to 28 U.S.C. § 1961 from April 4, 2024, the date of the execution of the Stipulation of Settlement, until the date of payment, to be determined by the Court.

3. The Court shall retain jurisdiction over this matter for the purpose of enforcing the terms of this Judgment and the original Stipulation of Settlement.

    **ORDERED, ADJUDGED, AND DECREED**, that Plaintiff Jose Concepcion has judgment in the amount of $40,000.00, plus interest, to be determined by the Court as against all Defendants.

_____

HON. JOHN P. CRONAN, U.S.D.J.