UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JOSE CONCEPCION,  :
:
                            Plaintiff,  :
:       22 Civ. 7959 (JPC)
    -v-  :
:       <u>ORDER</u>
3RD AVENUE HEIGHTS LLC, EVAN ROBERTS  :
COMPANY, FORDHAM 26 LLC, WEBSTER LLC,  :
and ROBERT KHOMARI,  :
:
                         Defendants.  :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Plaintiff filed a Proposed Judgment in this matter on December 18, 2024. Dkt. 79. Defendants shall inform the Court on or before December 31, 2024, whether they consent to the entry of judgment in substantially the form set forth in the Proposed Judgment. In addition, Plaintiff shall file a letter on or before December 31, 2024, explaining the basis for the Proposed Judgement's inclusion of post-judgment interest running from the date of execution of the settlement agreement, *id.* at 2, as opposed to the date the judgment is entered. *See* 28 U.S.C. § 1961(a) (providing that "interest shall be calculated from the date of the entry of the judgment").

    SO ORDERED.

Dated: December 23, 2024
       New York, New York

                                                   JOHN P. CRONAN
                                                   United States District Judge