UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
          :
JOSE CONCEPCION,          :
          :
         Plaintiff,  :
          :    22 Civ. 7959 (JPC)
   -v-         :
          :    JUDGMENT
3RD AVENUE HEIGHTS LLC, EVAN ROBERTS  :
COMPANY, FORDHAM 26 LLC, WEBSTER LLC,  :
and ROBERT KHOMARI,  :
          :
        Defendants.  :
          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The parties entered into a Stipulation of Settlement dated April 4, 2024, resolving this matter. Dkt. 54-1. The Court approved the parties' settlement agreement on April 5, 2024. Dkt. 51. Subsequently, Plaintiff informed the Court that Defendants breached the settlement agreement by failing to make all the required payments. Dkt. 59. The parties now consent to the entry of judgment in Plaintiff's favor on the remaining balance of unpaid settlement funds. Dkt. 81. Accordingly, the Clerk of Court is directed to enter judgment as follows:

1. Judgment is entered in favor of Plaintiff Jose Concepcion and against Defendants 3rd Avenue Heights LLC, Evan Roberts Company, Fordham 26 LLC, Webster LLC, and Robert Khomari, in the amount of $30,000, representing the amount remaining of unpaid settlement funds.

2. Defendants shall pay post-judgment interest on the above amount at the statutory rate pursuant to 28 U.S.C. § 1961 from the date of the judgment until the date of payment.[1]

---

[1] The parties requested that the Court order interest starting on June 20, 2024. Dkt. 81. The Court ordered that the parties explain the basis for their request no later than January 10, 2025. Dkt. 82. Because the parties failed to do so, the Court will only award post-judgment interest

3. The Court shall retain jurisdiction over this matter for the purpose of enforcing the terms of this Judgment and the original Stipulation of Settlement.

The Clerk of Court is respectfully directed to close this case and terminate the motion pending at Docket Number 75.

SO ORDERED.

Dated: January 14, 2025
      New York, New York

                                     JOHN P. CRONAN
                                     United States District Judge

---

from the date of judgment.  *See* 28 U.S.C. § 1961(a) (providing that post-judgment interest "shall be calculated from the date of the entry of the judgment").